**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Randal Lee Menard
Attorney at Law
P. O. Box 80795
Lafayette LA 70598

Hunter B. Ahia
Hoggatt Law Group
617 S. Buchanan Street
Lafayette LA 70501

Nathan Madro Bandaries
Attorney at Law
P. O. Box 56458
New Orleans LA 70156

> Judgment on rehearing rendered and mailed to all parties or counsel of record on October 4, 2023

**REHEARING ACTION: October 4, 2023**

**Docket Number: 23   00296-CW**

**GLENDA BANDARIES PICKETT**
**VERSUS**
**ROY LAYNE PICKETT**

**Writ Application from Lafayette Parish Case No. 20222747**

<u>**BEFORE JUDGES**</u>**:**

**Hon. Shannon J. Gremillion**
**Hon. Candyce G. Perret**
**Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Glenda Pickett** has this day been

**DENIED.**

cc: John P. Barron, Counsel for the Applicant